

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2016

No. 04-16-00082-CV

**URMAN, INC.**,
Appellant

v.

**CENVEO CORPORATION**,
Appellee/Cross-Appellant

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013CVF001606D1
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

The reporter's record was due on July 15, 2016. On July 25, 2016, Ms. Cynthia M. Perez Lenz, the court reporter responsible for preparing, certifying, and filing the reporter's record in this appeal, filed a Notification of Late Reporter's Record stating the reporter's record is complete but has not been filed because the balance of payment due to her has not been paid by either party. On July 27, 2016, this court ordered appellant to provide written proof to this court that the reporter's fee has been paid in full or arrangements have been made to pay the reporter's fee in full.

On August 5, 2016, appellant's attorney, Mr. Michael Sydow, represented to this court that the full and final payment was made to the court reporter on August 5, 2016.

Ms. Cynthia Perez Lenz is hereby ORDERED to file the reporter's record in this appeal no later than August 19, 2016.

Appellant's brief will be due thirty days from the date the reporter's record is filed.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court